# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

RAMONA J. ROSARIO, as administrator of the Estate of Haniel Reyes-Rosario, and RAMONA ROSARIO, individually,

                     Plaintiff,

  -against-

TOWN OF MOUNT KISCO, VILLAGE OF MOUNT KISCO, FRANCESCA LUPPINO, FRANCESCA LUPPINO 2013 REVOCABLE LIVING TRUST, ANTONION LUPPINO, and SHARON DASILVA,

                     Defendants.

-----------------------------------------------------------X



16 **CIVIL** 8766 (NSR)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 14, 2020, Defendant Town/Village of Mount Kisco's motion to dismiss Plaintiff's federal claims against it is granted; Additionally, the Court exercises its discretion to decline to exercise supplemental jurisdiction and, in turn dismisses the remained of Plaintiff's state law claims without prejudice so the Plaintiff may re-file is state court; accordingly, this case is closed.

**Dated:** New York, New York
         February 19, 2020

                                                **RUBY J. KRAJICK**
                                                Clerk of Court
                                        BY:

                                                Deputy Clerk

THIS DOCUMENT W    2/19/20
ON THE DOCKET ON  2/19/2020